AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Northern District of California

SEALED BY ORDER
OF THE COURT

United States of America
v.
GASTON KOLKER,

Defendant

Case No. CR 24 0567

3:24mJ 1115 RAR

DEC 13 2024 PM 3:28
FILED-USDC-CT-HARTFORD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GASTON KOLKER
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371/1014 – Conspiracy to Make False Statements to a Bank;
18 U.S.C. § 371/1960 – Conspiracy to Operate an Unlicensed Money Transmitting Business;
18 U.S.C. § 1960 – Operation of an Unlicensed Money Transmitting Business.

Date: 11/7/24

City and state: OAKLAND, CA

*Issuing officer's signature*
HON DONNA M. RYU
~~HON. KANDIS A. WESTMORE~~, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/7/24, and the person was arrested on *(date)* 12/13/24
at *(city and state)* Wilton, Connecticut.

Date: 12/13/24

*Arresting officer's signature*

FBI Special Agent Charles Wescott
*Printed name and title*